1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MENDEZ CONTRERAS, | ) Case No. CV 10-1916 JST (JCG) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: January 26, 2011.

_____
JOSEPHINE STATON TUCKER
HON. JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE